UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIO OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>        Defendants. | NO.  20-CV-1400-RSL<br><br>STIPULATION AND ORDER |

### STIPULATION

IT IS HEREBY stipulated and respectfully requested by the parties that the Court's prior Order of Dismissal [Dkt. # 23], entered based on the parties reaching a settlement, be modified so that the dismissal is *with* prejudice (and without an award of fees and costs).

DATED this 8th day of April, 2021.

| ASHBAUGH BEAL | GORDON & POLSCER, L.L.C. |
|---|---|
| By s/ Jesse D. Miller | By s/ T. Arlen Rumsey |
|    Jesse D. Miller, WSBA #35837<br>   jmiller@ashbaughbeal.com<br>   Zachary O. McIsaac, WSBA #35833<br>   zmcisaac@ashbaughbeal.com<br>   Attorneys for Plaintiff |    T. Arlen Rumsey, WSBA #19048<br>   arumsey@gordon-polscer.com<br>   Attorneys for Defendant Philadelphia Indemnity Insurance Company |

STIPULATION AND ORDER - 1
(No. 20-CV-1400-RSL)

Ashbaugh
701 FIFTH AVE., SUIT[E]
SEATTLE, WA 98104

### ORDER

This matter came before the Court on the parties' stipulation on April 8, 2021. On the basis of the parties' representations, the Court modifies the prior Order of Dismissal [Dkt. # 23]: this case is dismissed *with* prejudice (and without an award of fees and costs).

Dated this 9th day of April, 2021.

*[signature]*
Judge Robert S. Lasnik
United States District Judge

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
   Jesse D. Miller, WSBA #35837
   jmiller@ashbaughbeal.com
   Zachary O. McIsaac, WSBA #35833
   zmcisaac@ashbaughbeal.com
   Attorneys for Plaintiff

GORDON & POLSCER, L.L.C.

By s/ T. Arlen Rumsey
   T. Arlen Rumsey, WSBA #19048
   arumsey@gordon-polscer.com
   Attorneys for Defendant Philadelphia Indemnity Insurance Company

